```
DEANNA MARIE NICK              LIBERTY LOANS
6952 SCR 77                    503 PINOLA DR SW
MIZE, MS 39116                 MAGEE, MS 39111



THOMAS C. ROLLINS, JR.         LOCKHART MORRIS
THE ROLLINS LAW FIRM, PLLC     1401 N CENTRAL EXPY
P.O. BOX 13767                 STE 225
JACKSON, MS 39236              RICHARDSON, TX 75080



21ST MORTGAGE CORP             MAGEE GENERAL HOSPITAL
ATTN: BANKRUPTCY               300 3RD AVE
620 MARKET STREET              MAGEE, MS 39111
KNOXVILLE, TN 37902



COMPREHENSIVE RADIOLOG         SUNBELT FCU
PO BOX 1725                    ATTN: BANKRUPTCY
HATTIESBURG, MS 39403          6885 US HWY 49
                               HATTIESBURG, MS 39402



CREDENCE RESOURCE              US ATTORNEY GENERAL
ATTN: BANKRUPTCY               US DEPT OF JUSTICE
PO BOX 2300                    950 PENNSYLVANIA AVENW
SOUTHGATE, MI 48195            WASHINGTON, DC 20530-0001



FERGUSON FCU                   US DEPT OF EDUCATION
1026 E BROAD ST                PO BOX 5202
MONTICELLO, MS 39654           GREENVILLE, TX 75403-5202



FORTIVA                        US DEPT OF EDUCATION
P.O. BOX 790156                C/O U.S. ATTORNEY
SAINT LOUIS, MO 63179          501 E. COURT ST
                               STE 4.430
                               JACKSON, MS 39201



JEFFERSON CAPITAL              WORLD FINANCE
ATTN: BANKRUPTCY               P.O. BOX 6429
200 14TH AVE E                 GREENVILLE, SC 29607
SARTEKK, MN 56377



KICK OFF
75 BROADWAY
SAN FRANCISCO, CA 94111
```