9:00

CASE ADMINISTRATOR: DARLENE SLADE

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: November 10, 2025

IN RE:                                                                                  CHAPTER 13 PROCEEDING:

DEANNA MARIE NICK                                                        25-02457 KMS
6952 SCR 77
Mize, MS 39116

APPEARANCES:
( ) DEBTOR 1                                                ( ) DEBTOR 2
   ( ) Required Picture ID Produced               ( ) Required Picture ID Produced
   ( ) Required SSN Verification                   ( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR:   THOMAS C. ROLLINS, JR

( ) CREDITOR(S): _____

( ) THE MEETING OF CREDITORS WAS HELD

(✓) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON:
    Dbt in the hospital

(✓) THE MEETING OF CREDITORS IS ADJOURNED TO  12 / 3 / 2025  AT  1 : 30  A.M. / P.M.

   PRIOR FILINGS                    ___ Y    ___ N
   LAWSUITS PENDING                 ___ Y    ___ N
   CHILD SUPPORT                    ___ Y    ___ N
   CURRENT WITH PAYMENTS            ___ Y    ___ N
   CERT. OF CREDIT COUSELING        ___ Y    ___ N

TAX REFUND REC'D   Y / N    AMOUNT $ _____    DATE REC'D ___/___/___

ADDITIONAL NOTES: _____

TRAK #004

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE
PRESIDING OFFICER