

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2025**

___

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DEANNA MARIE NICK  
DEBTOR(S)

CASE NO. 25-02457-KMS  
CHAPTER 13

### ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to December 3, 2025, at 1:30 PM. **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   Go to zoom.us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361
   For additional meeting information go to: www.justice.gov/ust/moc

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until December 17, 2025.

3. The Confirmation Hearing is continued and reset for January 20, 2026, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfnotices@rawlings13.net