

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2025**

___

### The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DEANNA MARIE NICK
DEBTOR(S)

CASE NO. 25-02457-KMS
CHAPTER 13

### ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to December 3, 2025, at 1:30 PM. **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   **Go to zoom .us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361**
   **For additional meeting information go to: www.justice.gov/ust/moc**

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until December 17, 2025.

3. The Confirmation Hearing is continued and reset for January 20, 2026, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfnotices@rawlings13.net

Page 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02457-KMS |
|---|---|
| DEANNA MARIE NICK | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/13/2025, I did cause a copy of the following documents, described below,

Order Rescheduling 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DEANNA MARIE NICK | CASE NO: 25-02457-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/13/2025, a copy of the following documents, described below,

Order Rescheduling 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING         US BANKRUPTCY COURT                     (P)21ST MORTGAGE CORPORATION
NCRS ADDRESS DOWNLOAD                    THAD COCHRAN US COURTHOUSE              PO BOX 477
CASE 25-02457-KMS                        501 E COURT STREET                      KNOXVILLE TN 37901-0477
SOUTHERN DISTRICT OF MISSISSIPPI         SUITE 2300
THU NOV 13 11-40-45 PST 2025             JACKSON  MS 39201 5036


COMPREHENSIVE RADIOLOG                   CREDENCE RESOURCE                       FERGUSON FCU
PO BOX 1725                              ATTN BANKRUPTCY                         1026 E BROAD ST
HATTIESBURG  MS 39403-1725               PO BOX 2300                             MONTICELLO  MS 39654-7702
                                         SOUTHGATE  MI 48195-4300


FORTIVA                                  JEFFERSON CAPITAL                       (P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 790156                            ATTN BANKRUPTCY                         PO BOX 7999
SAINT LOUIS  MO 63179-0156               200 14TH AVE E                          SAINT CLOUD MN 56302-7999
                                         SARTEKK  MN 56377-4500


KICK OFF                                 LIBERTY LOANS                           LOCKHART MORRIS
75 BROADWAY                              503 PINOLA DR SW                        1401 N CENTRAL EXPY
SAN FRANCISCO  CA 94111-1422             MAGEE  MS 39111-3958                    STE 225
                                                                                 RICHARDSON  TX 75080-4456


MAGEE GENERAL HOSPITAL                   SUNBELT FEDERAL CREDIT UNION            US ATTORNEY GENERAL
300 3RD AVE                              ATTN BANKRUPTCY                         US DEPT OF JUSTICE
MAGEE  MS 39111-3698                     6885 US HWY 49 3                        950 PENNSYLVANIA AVENW
                                         HATTIESBURG  MS 39402                   WASHINGTON  DC 20530-0001


                                                                                 EXCLUDE

US DEPT OF EDUCATION                     US DEPT OF EDUCATION                    UNITED STATES TRUSTEE
PO BOX 5202                              CO US ATTORNEY                          501 EAST COURT STREET
GREENVILLE  TX 75403-5202                501 E COURT ST                          SUITE 6 430
                                         STE 4430                                JACKSON  MS 39201 5022
                                         JACKSON  MS 39201-5025


                                         EXCLUDE                                 DEBTOR

WORLD FINANCE                            (P)DAVID RAWLINGS                       DEANNA MARIE NICK
PO BOX 6429                              ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  6952 SCR 77
GREENVILLE  SC 29606-6429                PO BOX 566                              MIZE  MS 39116-5088
                                         HATTIESBURG MS 39403 0566


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236 3767
```