1:30

CASE ADMINISTRATOR: DARLENE SLADE

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: December 3, 2025

IN RE:                                                                                          CHAPTER 13 PROCEEDING:

DEANNA MARIE NICK                                                                25-02457 KMS
6952 SCR 77
Mize, MS 39116

APPEARANCES:
( ) DEBTOR 1                                                          ( ) DEBTOR 2
    ( ) Required Picture ID Produced                          ( ) Required Picture ID Produced
    ( ) Required SSN Verification                                  ( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR:   THOMAS C. ROLLINS, JR

( )   CREDITOR(S): _____

( )   THE MEETING OF CREDITORS WAS HELD

(✓)   THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON:
    *Debtor is in the Hospital*

(✓)   THE MEETING OF CREDITORS IS ADJOURNED TO __1__/__7__/__2026__ AT __1:30__ A.M./**P.M.**

    PRIOR FILINGS                              ____ Y       ____ N
    LAWSUITS PENDING                     ____ Y       ____ N
    CHILD SUPPORT                             ____ Y       ____ N
    CURRENT WITH PAYMENTS         ____ Y       ____ N
    CERT. OF CREDIT COUSELING     ____ Y       ____ N

TAX REFUND REC'D   Y / N      AMOUNT $ _____      DATE REC'D ___/___/___

ADDITIONAL NOTES: _____

TRAK # 037

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE
PRESIDING OFFICER