SO ORDERED,



Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 4, 2025

___

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DEANNA MARIE NICK  
DEBTOR(S)

CASE NO. 25-02457-KMS  
CHAPTER 13

### ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT:**

1. The § 341 Meeting of Creditors is reset to January 7, 2026, at 1:30 PM. **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   Go to zoom .us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361
   For additional meeting information go to: www.justice.gov/ust/moc

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until January 21, 2026.

3. The Confirmation Hearing is continued and reset for February 24, 2026, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfnotices@rawlings13.net

Page 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>DEANNA MARIE NICK | CASE NO: 25-02457-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/5/2025, I did cause a copy of the following documents, described below,

Order Resetting 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02457-KMS |
|---|---|
| DEANNA MARIE NICK | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/5/2025, a copy of the following documents, described below,

Order Resetting 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02457-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI DEC 5 10-40-1 PST 2025

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON MS 39201-5036

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

COMPREHENSIVE RADIOLOG
PO BOX 1725
HATTIESBURG MS 39403-1725

CREDENCE RESOURCE
ATTN BANKRUPTCY
PO BOX 2300
SOUTHGATE MI 48195-4300

FERGUSON FCU
1026 E BROAD ST
MONTICELLO MS 39654-7702

FORTIVA
PO BOX 790156
SAINT LOUIS MO 63179-0156

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KICK OFF
75 BROADWAY
SAN FRANCISCO CA 94111-1422

LIBERTY LOANS
503 PINOLA DR SW
MAGEE MS 39111-3958

LOCKHART MORRIS
1401 N CENTRAL EXPY
STE 225
RICHARDSON TX 75080-4456

MAGEE GENERAL HOSPITAL
300 3RD AVE
MAGEE MS 39111-3698

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SUNBELT FEDERAL CREDIT UNION
ATTN BANKRUPTCY
6885 US HWY 49 3
HATTIESBURG MS 39402

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

US DEPT OF EDUCATION
PO BOX 5202
GREENVILLE TX 75403-5202

US DEPT OF EDUCATION
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

WORLD FINANCE
PO BOX 6429
GREENVILLE SC 29606-6429

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

DEANNA MARIE NICK
6952 SCR 77
MIZE MS 39116-5088

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767