United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-02457-KMS

Deanna Marie Nick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2

Date Rcvd: Jan 23, 2026     Form ID: n031     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Marie Nick, 6952 SCR 77, Mize, MS 39116-5088 |
| 5570835 | + | Comprehensive Radiolog, PO Box 1725, Hattiesburg, MS 39403-1725 |
| 5570837 | + | Ferguson FCU, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5570841 | #+ | Liberty Loans, 503 Pinola Dr SW, Magee, MS 39111-3958 |
| 5570843 | + | Magee General Hospital, 300 3rd Ave, Magee, MS 39111-3698 |
| 5570844 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 Us Hwy 49 #3, Hattiesburg, MS 39402 |
| 5570846 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570834 | | Email/Text: ebn@21stmortgage.com | Jan 23 2026 19:28:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5570836 | + | Email/Text: bankruptcy@credencerm.com | Jan 23 2026 19:28:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5570838 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 23 2026 19:28:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 5577185 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 19:28:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5570839 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 19:28:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5570840 | + | Email/Text: bankruptcy@kikoff.com | Jan 23 2026 19:28:00 | Kick Off, 75 Broadway, San Francisco, CA 94111-1422 |
| 5570842 | + | Email/Text: bankruptcy@lmminc.com | Jan 23 2026 19:28:00 | Lockhart Morris, 1401 N Central Expy, Ste 225, Richardson, TX 75080-4456 |
| 5593666 | + | Email/Text: bncmail@w-legal.com | Jan 23 2026 19:28:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5570845 | ^ | MEBN | Jan 23 2026 19:26:24 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5570847 | + | Email/Text: ebone.woods@usdoj.gov | Jan 23 2026 19:28:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5570848 | + | Email/Text: bk@worldacceptance.com | Jan 23 2026 19:28:58 | World Finance, P.O. Box 6429, Greenville, SC 29606-6429 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: n031 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Deanna Marie Nick trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02457−KMS
**Chapter:** 13

**In re:**

Deanna Marie Nick
aka Deanna M Nick
6952 SCR 77
Mize, MS 39116

## Notice of Entry of Order Confirming Plan

The Court entered an Order on January 23, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 23, 2026                                  Danny L. Miller, Clerk of Court