## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Deanna Marie Nick, Debtor                     Case No. 25-02457-KMS
                                                                    **CHAPTER 13**

### NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  January 29, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Deanna Marie Nick, Debtor                              Case No. 25-02457-KMS
                                                                                          CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in February 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on January 30, 2026, to:

By Electronic CM/ECF Notice:

   Chapter 13 Case Trustee

   U.S. Trustee

               <u>/s/ Thomas C. Rollins, Jr.</u>
               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02457 |
|---|---|
| DEANNA MARIE NICK | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 1/30/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DEANNA MARIE NICK | CASE NO: 25-02457<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/30/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/30/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02457<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JAN 29 14-45-17 PST 2026 | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON   MS 39201-5036~~ | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 |
| COMPREHENSIVE RADIOLOG<br>PO BOX 1725<br>HATTIESBURG  MS 39403-1725 | CREDENCE RESOURCE<br>ATTN BANKRUPTCY<br>PO BOX 2300<br>SOUTHGATE  MI 48195-4300 | FERGUSON FCU<br>1026 E BROAD ST<br>MONTICELLO  MS 39654-7702 |
| FORTIVA<br>PO BOX 790156<br>SAINT LOUIS  MO 63179-0156 | JEFFERSON CAPITAL<br>ATTN BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK  MN 56377-4500 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KICK OFF<br>75 BROADWAY<br>SAN FRANCISCO  CA 94111-1422 | LIBERTY LOANS<br>503 PINOLA DR SW<br>MAGEE  MS 39111-3958 | LOCKHART MORRIS<br>1401 N CENTRAL EXPY<br>STE 225<br>RICHARDSON  TX 75080-4456 |
| MAGEE GENERAL HOSPITAL<br>300 3RD AVE<br>MAGEE  MS 39111-3698 | SCOLOPAX  LLC<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY  SUITE G-601<br>ABILENE  TX 79602-1196 | SUNBELT FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>6885 US HWY 49 3<br>HATTIESBURG  MS 39402 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | US DEPT OF EDUCATION<br>PO BOX 5202<br>GREENVILLE  TX 75403-5202 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| ~~EXCLUDE~~<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ | WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE  SC 29606-6429 | ~~EXCLUDE~~<br><br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| DEBTOR<br><br>DEANNA MARIE NICK<br>6952 SCR 77<br>MIZE  MS 39116-5088 | ~~EXCLUDE~~<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | |