United States Bankruptcy Court

Southern District of Mississippi

In re:

Deanna Marie Nick

    Debtor

Case No. 25-02457-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2

Date Rcvd: May 14, 2026      Form ID: ntcdsm      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Marie Nick, 6952 SCR 77, Mize, MS 39116-5088 |
| 5570835 | + | Comprehensive Radiolog, PO Box 1725, Hattiesburg, MS 39403-1725 |
| 5570841 | #+ | Liberty Loans, 503 Pinola Dr SW, Magee, MS 39111-3958 |
| 5570843 | + | Magee General Hospital, 300 3rd Ave, Magee, MS 39111-3698 |
| 5570844 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 Us Hwy 49 #3, Hattiesburg, MS 39402 |
| 5570846 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570834 | | Email/Text: ebn@21stmortgage.com | May 14 2026 19:33:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5570836 | + | Email/Text: bankruptcy@credencerm.com | May 14 2026 19:33:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5570837 | + | Email/Text: collections@fergusonfcu.org | May 14 2026 19:32:00 | Ferguson FCU, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5570838 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 14 2026 19:32:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 5577185 | | EDI: JEFFERSONCAP.COM | May 14 2026 23:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5570839 | + | EDI: JEFFERSONCAP.COM | May 14 2026 23:30:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5570840 | + | Email/Text: bankruptcy@kikoff.com | May 14 2026 19:32:00 | Kick Off, 75 Broadway, San Francisco, CA 94111-1422 |
| 5570842 | + | Email/Text: bankruptcy@lmminc.com | May 14 2026 19:33:00 | Lockhart Morris, 1401 N Central Expy, Ste 225, Richardson, TX 75080-4456 |
| 5593666 | + | Email/Text: bncmail@w-legal.com | May 14 2026 19:33:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5570845 | ^ | MEBN | May 14 2026 19:28:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5630355 | + | Email/Text: EBN@edfinancial.com | May 14 2026 19:32:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 5570847 | + | Email/Text: ebone.woods@usdoj.gov | May 14 2026 19:33:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: May 14, 2026

Form ID: ntcdsm

Total Noticed: 19

5570848      + Email/Text: bk@worldacceptance.com

May 14 2026 19:33:00    World Finance, P.O. Box 6429, Greenville, SC 29606-6429

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026

Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Deanna Marie Nick trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−02457−KMS
Chapter: 13

In re:

Deanna Marie Nick
aka Deanna M Nick
6952 SCR 77
Mize, MS 39116

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−6782

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on May 14, 2026.

Dated: 5/14/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600